(R.D. 11505)

INTERNATIONAL SEAWAY TRADING CORP. *v.* UNITED STATES

Entry Nos. 20295; 25344.

(Decided March 28, 1968)

*Sharretts, Paley, Carter & Blauvelt* (*Donald Paley* of counsel) for the plaintiff. *Edwin L. Weisl, Jr.*, Assistant Attorney General (*Glenn E. Harris*, trial attorney), for the defendant.

MALETZ, Judge: When these two appeals for reappraisement were called for hearing plaintiff offered no testimony and submitted the cases upon the records.

An examination of the records in the appeals before the court discloses nothing which tends in any way to overcome the presumption of correctness which attaches to the decision of the appraiser. I find and hold, therefore, that the proper values of the imports are the values returned by the appraiser.

Judgment will be entered accordingly.